FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 APR -6 PH 2:55

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17 - CV - 00855
(To be supplied by the court)

Jenette McDowell Ra, Jasmine Johnston (duu)
errors Brackley the pube Cty DA. Arapahoe County Sheriff Dept, Plaintiff,

v.

18th Judicial District,
DA. & Brosclee, Sheriff Dept.
any other county in
this matter,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

**PARTIES**

1. Plaintiff _Janette McDuwee RN_ is a citizen of _U.S._
   who presently resides at the following address:
   _4055 Albion St._

2. Defendant _18th judicial district_ is a citizen of _US 6450 S. Revere Wy_
   who live(s) at or is/are located at the following address:

3. Defendant _Arapahoe Co. Sheriff Office_ is a citizen of
   who live(s) at or is/are located at the following address:

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
   I ask you to please help. This is a severe civil rights case that has put my daughter in the State hospital because of our disaster.

5. Briefly state the background of your case:
   On March 3 2017, my daughter Jasmine attempted suicide. I have been a forensic psych RN since 1986. Arapahoe officers tried to kill my daughter in gunfire. Jasmine had no gun. She has been sent to the State Hosp in Pueblo on the dA's orders. They beat her, injured her left arm. Aurora police beat her up before. Jasmine has an artificial hip on the right, and asthma. She had been depressed for a short time. A doctor put her on Prozac which has been found to cause violent behavior.

(Rev 07/06)    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. Enter in to a writ to desist all persecution of my daughter, release her from the State Hosp. Cease all further proceedings in her case. We are Jehovah Witness', we have been praised in god's name.

2. We are in the Federal Witness protection program. Placed there by President Barack Obama. He knows me and my youngadults by name. I am a supporter of Blacks Lives Matter. I worked in both my presidents camp. in 08" + 12". And wrote him many times. I was a federal aide to Pres. Obama.

3. Please withdraw all federal funding from propschool City and sanction them for abject racism. They fired their guns. at my daughter

(Rev. 07/06)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Need immediadeate injunction by federal Bench to save my daughter.

② 18th be duly sanction for being the most racist, they profiled me and my kids.

③ My family is in crisis and I need your help, make the 18th judicial district pay my daughter Jasmine for their overt violation of the Civil Rights act of 1964.

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

file a injunction against 18th judicial district help release my daughter Jasmine Johnson immediately. I need her home, so I can continue her care, That they pay my daughter Jasmine Johnson $100,000,000 for pain, suffering denial of legal and medical help services

Date: Apr. 6, 2017

Jynette McDowell Ra
(Plaintiff's Original Signature)

4055 Albion St #104
(Street Address)

Denver Co 80216
(City, State, ZIP)

720-629-9159
(Telephone Number)