# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00855-LTB

JEANETTE MCDOWELL, and
JASMINE JOHNSON,

    Plaintiffs,

v.

18TH JUDICIAL DISTRICT,
D.A. G. BRASCLER, and
SHERIFF DEPT., any other county in this matter,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 18, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18th day of May, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                      Deputy Clerk